[No. 15160-6-I. Division One. March 10, 1986.]

JOYCE CAMPBELL, *Individually and as Guardian
ad Litem, Appellant,* v. JACK AUDINO,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 84-2-00334-7, Marshall Forrest, J.,
entered July 13, 1984. *Reversed* by unpublished opinion per

Ringold, A.C.J., concurred in by Grosse, J., and Holman, J. Pro Tem.